|[pic] |
| |
|Court of Appeals |
|Second District of Texas |
|CHIEF JUSTICE | |CLERK |
|TERRIE LIVINGSTON |TIM CURRY CRIMINAL JUSTICE CENTER | |
| |401 W. BELKNAP, SUITE 9000 |DEBRA SPISAK |
|JUSTICES |FORT WORTH, TEXAS 76196-0211 | |
|LEE ANN DAUPHINOT | |CHIEF STAFF ATTORNEY |
|ANNE GARDNER |TEL: (817) 884-1900 |LISA M. WEST |
|SUE WALKER | | |
|BILL MEIER |FAX: (817) 884-1932 |GENERAL COUNSEL |
|LEE GABRIEL | |CLARISSA HODGES |
|BONNIE SUDDERTH |www.txcourts.gov/2ndcoa | |

 June 9, 2015

|Debra A. Windsor |William H. "Bill" Ray |
|Assistant District Attorney |512 Main Street, Ste. 308 |
|401 W. Belknap St. |Fort Worth, TX 76102 |
|Fort Worth, TX 76196-0201 |* DELIVERED VIA E-MAIL * |
|* DELIVERED VIA E-MAIL * | |

RE: Court of Appeals Number: 02-15-00110-CR
 02-15-00111-CR
 02-15-00112-CR

 Trial Court Case Number: 1377835D
 1379544D
 1379545D

Style: Samuel Luna, Jr.
 v.
 The State of Texas

 The reporter's record has been filed under the date of Thursday, June
4, 2015 in the above referenced cause.

 The appellant's brief is due Monday, July 6, 2015. See Tex. R. App.
P. 38.6. You will be notified when the case is set for submission.

 A party desiring oral argument must note that request on the outside
cover of the party's brief. See Tex. R. App. P. 39.7. If no oral argument
is requested by either party, the case may be submitted on the briefs.

 PLEASE BE ADVISED THAT THIS COURT HAS ADOPTED THE STANDARDS FOR
APPELLATE CONDUCT, WHICH WERE ADOPTED AND PROMULGATED BY THE SUPREME COURT
OF TEXAS AND THE TEXAS COURT OF CRIMINAL APPEALS ON FEBRUARY 1, 1999 BY
MISCELLANEOUS DOCKET ORDER NO. 99-9012. Copies of the standards are
available from this office and appear on the court's website at
www.txcourts.gov/2ndcoa. Parties appearing before this court are expected
to adhere to these standards and non-compliance will be addressed by the
court accordingly.

 Respectfully yours,

 DEBRA SPISAK, CLERK
 [pic]
 By: Bonnie Alexander, Deputy Clerk

| | |